David Leibowitz, Respondent, v. Di Marco & Reimann, Inc., Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Zito Simone, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Rose Lintch and Louis Lintch, Respondents, v. Max Levine, Doing Business, etc., Appellant.—Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Lazarus Fried & Sons, Inc., and National Leather Belting Company, Inc., Appellants, v. Transylvania Tanning Company, Respondent. In the Matter of the Arbitration between Lazarus Fried & Sons, Inc., and National Leather Belting Company, Inc., Appellants, and Transylvania Tanning Company, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Joseph Heit, Respondent, v. Samuel M. Grier, etc., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of Walter M. Friedland.— Motion for reinstatement granted. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Ella Marie Mortimer, Appellant, v. First Division Pictures, Inc., Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

The Haverstraw Better Laundry Corporation, Respondent, v. Irving Brackett, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Abraham Peck, Appellant, v. Bella Peck, Respondent.— Order reversed and motion denied. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and Martin, JJ., dissent and vote for affirmance.

In the Matter of the Intermediate Judicial Settlement of the Account of Proceedings of Augusta Goldberg, as Executrix, etc., of Isaac Kalmowitz, Deceased.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.